UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
COURT OF APPEALS

DARNELL STANLEY, Pro-se
        Appellant,                     :

                                             :

-v-                                       :      Civil Action No. 05-1371 UNA

                                             :

TROY WILLIAMSON, WARDEN
        Appellee.                      :

                                                  Date 8/2/05

NOTICE OF APPEAL AND REQUEST FOR A
CERTIFICATE OF APPEALIBILITY
OR
CERTIFICATE OF PROBALBLE CAUSE

    COMES NOW, Appellant Darnell Stanely, Pro-se respectfully request this this Honorable court to disregard the present notice of appeal presently before the Court filed on or about July 18, 2005. And enter this new Notice of appeal and request for a Certificate of Appealibility or in the alternative certificate of probable cause Pursuant to Pursuant to U.S.C.A. § 2253. This Appellant request to appeal the District Court Judge Ricardo M. Urbinia's final appealable order of June 29th, 2005. An Order which was not filed by the clerk untill July 11th, 2005. For the denial of the Petitioners section U.S.C. § 2241 and U.S.C. § 2254 (d)(1)(2) Writ of Heabus Corpus which was dismissed without Prejudice for Lack of Jurisdiction.

    Appellant respectfully request this Court to issue a certificate of appealability or in the alternative a certificate of probable cause in the interest of Justice Pursuant to U.S.C. § 2254.(d)(2) and (3). For the Claims of Actual Innocence of the State Judge's resolution of a factual issue by the factfinding process employed by the State Court being inadeq-

( 1 ) __/ CONTINUED ON NEXT PAGE ........

uate and Innefective, as well as the Innefective assistance of Trial and Appellant Counsel, and the Expert witness for the Government misleading he Jury intentionally with false evidence and testimony, and Prosecutorial misconduct by allowing known false testimony to be used to obtain a conviction these claims are being raised in the Petition for Writ of Heabus Corpus and are being raised under Schulp v. Delo, 115 S. Ct. 851-870 (1995); Strickland v. Washington, 466, U.S. 699 (1984); Chambers v. Mississippi, 410 U.S. 284, 35 L.ed 2d 297, 93 S. Ct. 1038 (1973); Washington v. Texas, 18 L.ed 2d 1019, 87 (1984); United States v. Cronic, 466 U.S. 648, 566, 80 L.ed 2d 657 (1984); Giglio v. United States, 405 U.S. 150 92 S.Ct. 763, 31 L.ed 2d 104 (1972); Miller v. Pate, 386 U.S. 1, 87 S. Ct. 785 L.ed 2d 690 (1967); Napue v. Illinois, 360 U.S. 264, 79 S.Ct 1173, 3 L.ed 2d 1217 (1959). These claims are ripe for the Writ fo Heabus Corpus and this appellant contends that he has exhausted all his State remedies Pursuant to D.C. Code § 23-110 and contend that the remedy is inadequate and ineffective to test the legality of his unlawful detention based on false and known evidence and testimony intentionally used to mislead the Jury of it's fact finding process the remedy of the 23-110 is inadequate as the Supreme Court explained in William v. Taylor, 529 U.S. 362 (2000). The denial claims in this case. The defendant believes, he deserves further encouragement to be argued before jurist of reason on his actual Innocence of the charged offence. Therefore, a Certificate of appealibility should be issued.

WHEREFORE, Appellant respectfully Prays that this Notice of appeal and request for a Certificate of Appealability or in the alternative a Certificate of Probable Cause and the Application to Proceed in Forma Pauperis is Granted.

Respectfully Submitted

Mr. Darnell Stanley - Pro-se
No. 08619-007
F.C.I. Allenwood
P.O. Box 2000
White Deer, PA   17887

(3)